CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES<br>UNION, ET AL. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-672 (HHK) |
| | ) | |
| | ) | |
| | ) | |
| U.S. DEPARTMENT OF<br>DEFENSE | ) | Category    I |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 21, 2008 from  Judge

Paul L. Friedman  to Judge Henry H. Kennedy, Jr. by direction of the Calendar

Committee.

 (Case Randomly Reassigned as not related to CA 08-226 before Judge
        Friedman )

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Friedman & Courtroom Deputy
       Judge Kennedy & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk