UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | No. 08-cv-0672 (PLF) |

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF
NASRINA BARGZIE AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Nasrina Bargzie, an attorney with the National Legal Department of the American Civil Liberties Union in New York and a member of the California Bar, as additional counsel for plaintiffs in this case.  Ms. Bargzie's declaration and a proposed order are filed herewith.

Respectfully submitted,

/s/  *Arthur B. Spitzer*
ARTHUR B. SPITZER  (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
Phone:  (202) 457-0800
Fax: (202) 452-1868

April 22, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br> Plaintiffs, <br> v. <br> DEPARTMENT OF DEFENSE, *et al.*, <br> Defendants. | No. 08-cv-0672 (PLF) |

**DECLARATION OF NASRINA BARGZIE**

Pursuant to Local Rule 83.2(d), I, Nasrina Bargzie, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.     My full name is Nasrina Bargzie.

2.     I am an Attorney at the American Civil Liberties Union.  My office is located at 125 Broad Street, 19th floor, New York, NY 10004.  My office telephone number is 212-549-2517.

3.     I was admitted by examination to the State Bar of California in December 2005 and remain a member in good standing.

4.     I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.     I have been admitted *pro hac vice* in this Court twice within the last two years.

6.     I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on April 22, 2008.

/s/ *Nasrina Bargzie*

_____
Nasrina Bargzie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

              Plaintiffs,

    v.                                  No. 08-cv-0672 (PLF)

DEPARTMENT OF DEFENSE, *et al.*,

              Defendants.

---

[Proposed] **ORDER**

      Upon consideration of the motion to admit Nasrina Bargzie in this action *pro hac vice*, it is hereby

      ORDERED that the motion is granted.

Date: _____

                                 _____
                                 Paul L. Friedman
                                 United States District Judge