UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | No. 08-cv-0672 (PLF) |

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF
HINA SHAMSI AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Hina Shamsi, an attorney with the National Legal Department of the American Civil Liberties Union in New York and a member of the New York Bar, as additional counsel for plaintiffs in this case. Ms. Shamsi's declaration and a proposed order are filed herewith.

                                                     Respectfully submitted,

                                                     /s/  Arthur B. Spitzer
                                                     ARTHUR B. SPITZER  (D.C. Bar No. 235960)
                                                     American Civil Liberties Union
                                                       of the National Capital Area
                                                   1400 20th Street, NW, Suite 119
                                                   Washington, D.C. 20036
                                                   Phone:  (202) 457-0800
                                                   Fax: (202) 452-1868

April 22, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br> Plaintiffs, <br> v. <br> DEPARTMENT OF DEFENSE, *et al.*, <br> Defendants. | No. 08-cv-0672 (PLF) |

**DECLARATION OF HINA SHAMSI**

Pursuant to Local Rule 83.2(d), I, Hina Shamsi, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice.*

1. My full name is Hina Shamsi.

2. I am an Attorney at the American Civil Liberties Union. My office is located at 125 Broad Street, 19th floor, New York, NY 10004. My office telephone number is 212-519-7886.

3. I was admitted by examination to the New York State First Department in 1999 and remain a member in good standing. I am also a member in good standing of the bars of the Southern District of New York and the Eastern District of New York.

4. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been admitted *pro hac vice* in this Court once within the last two years. I was admitted in October 2006 in *Ali et al. v. Rumsfeld*, Civ. No. 05-01378 (D.D.C. TFH).

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on April 22, 2008.

/s/ *Hina Shamsi*
Hina Shamsi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | No. 08-cv-0672 (PLF) |

[Proposed] **ORDER**

Upon consideration of the motion to admit Hina Shamsi in this action *pro hac vice*, it is hereby

ORDERED that the motion is granted.

Date: _____

_____
Paul L. Friedman
United States District Judge