UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

    Plaintiffs,

v.

DEPARTMENT OF DEFENSE. *et al.*,

    Defendants.

No. 08-cv-672 (PLF)

---

**DECLARATION OF SERVICE OF PROCESS
ON THE UNITED STATES DEPARTMENT OF DEFENSE,
THE ATTORNEY GENERAL OF THE UNITED STATES,
AND THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**

I, Arthur B. Spitzer, hereby declare:

1. On April 18, 2008, I served the Department of Defense in this action by sending a copy of the summons and complaint by certified mail (No. 7003 1010 0003 8451 6810) to:

> United States Department of Defense
> 1000 Defense Pentagon
> Washington, DC 20301-1000

2. On April 18, 2008, I served the Attorney General of the United States in this action by sending a copy of the summons and complaint by certified mail (No. 7003 1010 0003 8451 8597) to:

> Attorney General of the United States
> Department of Justice
> 1350 Pennsylvania Avenue, NW
> Washington, DC 20530

3. On April 18, 2008, I served the United States Attorney for the District of Columbia in this action by sending a copy of the summons and complaint by certified mail (No. 7003 1010 0003 8451 8603) to:

The United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20001

4. The U.S. Postal Service "Track & Confirm" service reports that the summons and complaint were received by the Department of Defense on April 21, 2008, by the Attorney General of the United States on April 21, 2008, and by the United States Attorney for the District of Columbia on April 28, 2008. Copies of the Postal Service's electronic receipts are attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2008.

/s/ *Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar. No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868

One of Counsel for Plaintiffs



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0003 8451 8610**
Status: **Delivered**

Your item was delivered at 5:49 AM on April 21, 2008 in WASHINGTON, DC 20310.

**Track & Confirm**

Enter Label/Receipt Number.

7003 1010 0003 8451 8603

Additional Details >   Return to USPS.com Home >

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Home | Help | Sign In

**Track & Confirm** FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 1010 0003 8451 8597**
Status: **Delivered**

Your item was delivered at 4:49 AM on April 21, 2008 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.
7003 1010 0003 8451 8610



[ Additional Details > ]    [ Return to USPS.com Home > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. 

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0003 8451 8603**
Status: **Delivered**

Your item was delivered at 4:48 AM on April 28, 2008 in WASHINGTON, DC 20530.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**

Enter Label/Receipt Number.

[ Go > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA