IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | Civil Action No. 1:08-cv-00672<br>(HHK) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that PETER D. LEARY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendant. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

    Respectfully submitted this 27th day of May, 2008.

                                 GREGORY G. KATSAS
                                 Acting Assistant Attorney General

                                 JEFFREY A. TAYLOR
                                 United States Attorney

                                 JOSEPH H. HUNT
                                 Director, Federal Programs Branch

                                 ELIZABETH J. SHAPIRO
                                 Assistant Branch Director, Federal Programs Branch

s/ Peter D. Leary
PETER D. LEARY (VA Bar # 71196)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
Tel: (202) 514-3313
Fax: (202) 616-8470
peter.leary@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., NW, Rm. 7332
Washington, D.C. 20001

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008 I caused the foregoing Notice of Appearance to be served electronically on Plaintiffs by filing it with this Court's Electronic Case Files (ECF) system.

Dated: May 27, 2008

                                              s/ Peter D. Leary
                                              PETER D. LEARY

## CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: May 27, 2008

                                              s/ Peter D. Leary
                                              PETER D. LEARY