**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**AMERICAN CIVIL LIBERTIES UNION, et al.,**

                    **Plaintiffs,**

          **v.**

**UNITED STATES DEPARTMENT OF DEFENSE,**

                    **Defendant.**

---

**Civil Action 08-00672  (HHK)**

**ORDER**

It is this 28th day of May 2008, hereby

**ORDERED** that the parties shall file a joint status report and case management plan by no later than June 20, 2008, which shall include proposed deadlines for the submission of briefing on dispositive motions.  If the parties are unable to agree, each side shall submit its own report and proposed deadlines.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge