IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>　　　　　　Defendant. | Civil Action No. 1:08-cv-00672 (HHK) |

**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order of May 28, 2008, the parties have conferred concerning the status of this action and hereby propose that the Court enter a briefing schedule for motions for partial summary judgment. In support of that proposal, the parties state the following:

　　1.　　Since the Court's Order, the parties have been in regular communication in an attempt to reach an agreement regarding the production of records responsive to Plaintiffs' FOIA request. Nonetheless, the parties been unable to resolve all of the issues in this case.

　　2.　　In an effort to resolve the remaining issues as expeditiously as possible, the parties propose that the Court set a briefing schedule for motions for partial summary judgment with respect to the issues of Plaintiffs' entitlement to a waiver/limitation of fees and expedited processing of the FOIA request.

　　3.　　Given that further discussions may allow the parties to resolve some, if not all, of the issues in this litigation without expending the resources of the Court, the parties intend to continue

their negotiations with the entry of a briefing schedule. In the event the parties are able to resolve or limit the issues before the Court, the parties will promptly inform the Court and propose any appropriate modifications to the schedule.

    4.    The parties propose the following schedule:

Plaintiffs' motion for partial summary judgment . . . . . . . . . July 16, 2008

Defendant's opposition and cross-motion . . . . . . . . . . . . . August 8, 2008

Plaintiffs' reply and opposition . . . . . . . . . . . . . . . . . . . . . August 18, 2008

Defendant's reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 2, 2008

    Respectfully submitted,

| | |
|---|---|
| /S/ Hina Shamsi | GREGORY G. KATSAS |
| Hina Shamsi | Acting Assistant Attorney General |
| Nasrina Bargzie | |
| Jennifer Turner | JEFFREY A. TAYLOR |
| Jameel Jaffer | United States Attorney |
| American Civil Liberties Union Foundation | |
| 125 Broad Street, 18th Floor | JOSEPH H. HUNT |
| New York, NY 10004 | Director, Federal Programs Branch |
| Phone: (212) 519-7886 | |
| Fax: (212) 549-2583 | ELIZABETH J. SHAPIRO |
| hshamsi@aclu.org | Asst. Branch Director, Federal Programs Branch |
| | |
| Arthur B. Spitzer (D.C. Bar No. 235960) | s/ Peter D. Leary |
| American Civil Liberties Union | PETER D. LEARY (VA Bar # 71196) |
|   of the National Capital Area | Trial Attorney, Federal Programs Branch |
| 1400 20th Street, N.W., Suite 119 | U.S. Department of Justice, Civil Division |
| Washington, DC 20036 | Tel: (202) 514-3313 |
| Phone: (202) 457-0800 | Fax: (202) 616-8470 |
| Fax: (202) 452-1868 | peter.leary@usdoj.gov |
| artspitzer@aol.com | |
| | Mailing Address: |
| Deena Hurwitz | Post Office Box 883 |
| International Human Rights Law Clinic | Washington, D.C. 20044 |
| and Human Rights Program | |

University of Virginia School of Law
580 Massie Road, Charlottesville, VA 22903
Phone: (434) 924-4776
Fax: (434) 924-7315
drh9z@virginia.edu

*Counsel for Plaintiffs*

<u>Courier Address:</u>
20 Massachusetts Ave., NW, Rm. 7322
Washington, D.C. 20001

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2008, I caused the foregoing Joint Notice of Proposed Briefing Schedule to be served electronically on Plaintiffs by filing it with this Court's Electronic Case Files (ECF) system.

Dated: June 20, 2008

                                                  s/ Peter D. Leary
                                                  PETER D. LEARY