IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF DEFENSE, <br><br>Defendant. | Civil Action No. 1:08-cv-00672 (HHK) |

**JOINT NOTICE OF PROPOSED AMENDED BRIEFING SCHEDULE**

Pursuant to the Court's May 28, 2008 Order, the parties previously conferred concerning the status of this action and submitted a Joint Notice of Proposed Briefing Schedule for motions for partial summary judgment on June 20, 2008. As the parties indicated they would in that Joint Notice, they have continued to negotiate whether they can resolve some, if not all, of the issues in this litigation without expending the resources of the Court. In light of those ongoing discussions, the parties submit this Joint Notice of Proposed Amended Briefing Schedule and state the following:

1.  Since the parties filed their June 20, 2008 Joint Notice, they have been in regular communication in an attempt to reach an agreement regarding the production of records responsive to Plaintiffs' FOIA request. While the parties have been unable to resolve all of the issues in this case, they have made progress and believe that an additional four weeks will provide them with the time they need to narrow, if not resolve, outstanding matters without resorting to further litigation.

2.  In an effort to resolve the remaining issues as expeditiously as possible, the parties

propose that the Court set the amended briefing schedule set forth below for motions for partial summary judgment with respect to Plaintiffs' claimed entitlement to a waiver/limitation of fees and expedited processing of their FOIA request.

3.     Given that further discussions may allow the parties to resolve some, if not all, of the issues in this litigation without expending the resources of the Court, the parties intend to continue their negotiations with the entry of a briefing schedule. In the event the parties are able to resolve or limit the issues before the Court, the parties will promptly inform the Court and propose any appropriate modifications to the schedule.

4.     The parties propose the following schedule:

Plaintiffs' motion for partial summary judgment . . . . . . . . . August 13, 2008

Defendant's opposition and cross-motion . . . . . . . . . . . . . . September 4, 2008

Plaintiffs' reply and opposition . . . . . . . . . . . . . . . . . . . . . . September 19, 2008

Defendant's reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 3, 2008

Respectfully submitted,

| | |
|---|---|
| /S/ Hina Shamsi | GREGORY G. KATSAS |
| Hina Shamsi | Assistant Attorney General |
| Nasrina Bargzie | |
| Jameel Jaffer | JEFFREY A. TAYLOR |
| American Civil Liberties Union Foundation | United States Attorney |
| 125 Broad Street, 18th Floor | |
| New York, NY 10004 | JOSEPH H. HUNT |
| Phone: (212) 519-7886 | Director, Federal Programs Branch |
| Fax: (212) 549-2583 | |
| hshamsi@aclu.org | ELIZABETH J. SHAPIRO |
| | Asst. Branch Director, Federal Programs Branch |
| Arthur B. Spitzer (D.C. Bar No. 235960) | s/ Peter D. Leary |
| American Civil Liberties Union | PETER D. LEARY (VA Bar # 71196) |

| | |
|---|---|
| of the National Capital Area<br>1400 20th Street, N.W., Suite 119<br>Washington, DC 20036<br>Phone: (202) 457-0800<br>Fax: (202) 452-1868<br>artspitzer@aol.com<br><br>Deena Hurwitz<br>International Human Rights Law Clinic<br>and Human Rights Program<br>University of Virginia School of Law<br>580 Massie Road, Charlottesville, VA 22903<br>Phone: (434) 924-4776<br>Fax: (434) 924-7315<br>drh9z@virginia.edu<br><br><br>*Counsel for Plaintiffs* | Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 514-3313<br>Fax: (202) 616-8470<br>peter.leary@usdoj.gov<br><br><u>Mailing Address:</u><br>Post Office Box 883<br>Washington, D.C. 20044<br><br><u>Courier Address:</u><br>20 Massachusetts Ave., NW, Rm. 7322<br>Washington, D.C. 20001<br><br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2008, I caused the foregoing Joint Notice of Proposed Amended Briefing Schedule to be served electronically on Plaintiffs by filing it with this Court's Electronic Case Files (ECF) system.

Dated: July 16, 2008

                                          s/ Peter D. Leary
                                          PETER D. LEARY