IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE,

Defendant.

Civil Action No. 1:08-cv-00672 (HHK)

## ORDER

Based on the parties' Joint Notice of Proposed Production Schedule, it is hereby

**ORDERED** that Defendant complete its processing of Plaintiffs' Freedom of Information Act request submitted to the Department of Defense based on the production schedule set forth in the parties' Joint Notice of Proposed Production Schedule; and it is

**FURTHER ORDERED** that Defendant provide Plaintiffs with written certification of its compliance with each deadline set forth in the parties' Joint Notice of Proposed Production Schedule within 14 days of that deadline; and it is

**FURTHER ORDERED** that the parties promptly file a status report upon the completion of Defendant's processing of Plaintiffs' request; and it is

**FURTHER ORDERED** that the briefing schedule entered on July 16, 2008, is hereby vacated.

HENRY H. KENNEDY, JR.
United States District Judge

Dated: 8/14/08